UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KOJI HASHIMOTO FRIEDMAN,<br><br>        Petitioner,<br><br>    v.<br><br>CONRAD M. GRABER, WARDEN,<br><br>        Respondent. | CASE NO. CV 13-1221-RGK (PJW)<br><br>[~~PROPOSED~~] ORDER DISMISSING HABEAS CORPUS PETITION |

On February 20, 2013, Petitioner, a federal prisoner, filed this habeas corpus petition, complaining that the federal Bureau of Prisons ("BOP") had incorrectly concluded that he was not eligible to participate in the Residential Drug Abuse Program ("RDAP"). Petitioner sought to have that determination reversed so that he could qualify for a sentence reduction upon his successful completion of the program. (Petition at 3, 6.)

In response to the petition, on April 4, 2013, the BOP reviewed his case and determined that he was eligible for participation in the program and, upon successful completion, would be eligible for early release. (Motion to Dismiss at 4-5.) On May 1, 2013, Respondent filed a motion to dismiss the petition as moot based on the BOP's

reversal of its eligibility determination. Petitioner has not opposed the motion.

In the context of this habeas corpus proceeding, the only relief possibly available to Petitioner is an order from this Court reversing the BOP's eligibility determination, which has already occurred. Therefore, the petition is moot. *See Kittel v. Thomas*, 620 F.3d 949, 951-52 (9th Cir. 2010) (holding habeas petition challenging exclusion from early-release program properly dismissed as moot where BOP thereafter found prisoner eligible for program). For that reason, the petition is denied and action is dismissed.

IT IS SO ORDERED.

DATED: JUL 1 6 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Federal Habeas\FRIEDMAN, B 1221\Ord_dismissing.wpd