UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRYAN KOJI HASHIMOTO FRIEDMAN,  )   Case No. CV 13-1221-RGK (PJW)
                                )
          Petitioner,           )
                                )   JUDGMENT
     v.                         )
                                )
CONRAD M. GRABER, WARDEN,       )
                                )
          Respondent.           )
_____)

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     JUL 1 6 2013          .

*(signature)*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\FRIEDMAN, B 1221\Judgment.wpd